IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HYNEK NAVRATIL, | * |
| Petitioner, | * |
| v. | Case No. 7:21-CV-59(HL) |
| | * |
| Warden RUSSELL WASHBURN, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 18, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 18th day of October, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk